**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MGMT RESIDENTIAL, LLC et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DAYANNA REEVES et al.,** | : | **No. 22-3966** |
| *Defendants* | : | |

<u>**O R D E R**</u>

    **AND NOW**, this ___10th___ day of March, 2023, upon consideration of Revo Realty Group's Motion to set aside the default against it (Doc. No. 10), and for the reasons set forth in the accompanying opinion, it is hereby **ORDERED** that the motion (Doc. No. 10) is **GRANTED.** It is further **ORDERED** that Revo Realty Group shall file a response to Plaintiffs' complaint within ten (10) days of this Order.

                     **BY THE COURT:**

                     _____

                     **GENE E.K. PRATTER**
                     **UNITED STATES DISTRICT JUDGE**

1