IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MGMT RESIDENTIAL, LLC et al.,** *Plaintiffs* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **DAYANNA REEVES et al.,** *Defendants* | : : : | No. 22-3966 |

### ORDER

**AND NOW**, this 10th day of March, 2023, upon consideration of Plaintiffs' Motion for Default Judgment against Ms. Reeves (Doc. No. 12), and for the reasons set forth in the accompanying opinion, it is hereby **ORDERED** that the motion (Doc. No. 12) is **GRANTED**.

It is further **ORDERED** that

(1) Ms. Reeves, and all persons acting under her direction and/or permission shall immediately cease any advertising in any way related to the plaintiffs' properties without first obtaining express written authority from the plaintiffs;

(2) Ms. Reeves, and all persons acting under her direction and/or permission are permanently enjoined from advertising, in any medium—whether directly or indirectly—any apartment, condominium, or other real property owned or managed by the plaintiffs without legitimate and express written authority to do so; and

(3) Ms. Reeves is hereby ordered to prepare, file with this Court, and serve upon the plaintiffs' counsel within thirty days after service of this Order upon Ms. Reeves, a written report, signed under oath, setting forth in detail the manner and form in which she has complied with this Order.

It is further **ORDERED** that the plaintiffs shall provide the Court with additional information regarding damages, attorney's fees, and costs within thirty days of the resolution of the remaining claims in this matter.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**