IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MGMT RESIDENTIAL, LLC, 4539** | : | **CIVIL ACTION** |
| **MITCHELL HOLDINGS LLC, 6778-84** | : | |
| **RIDGE HOLDINGS LLC and 5420** | : | |
| **RIDGE HOLDINGS LLC** | : | |
| | : | |
| v. | : | |
| | : | |
| **DAYANNA REEVES and REYO** | : | |
| **REALTY GROUP, LLC** | : | **NO. 22-3966** |

## ORDER

**NOW**, this 26th day of February, 2025, upon consideration of defendant-appellant's response and supplemental response to Clerk listing for a determination under 28 U.S.C. § 1915(e)(2) or summary action, which the Third Circuit Court of Appeals has construed as a motion to reopen the appeal time under Federal Rule of Appellate Procedure 4(a)(6), and the plaintiffs-appellees' response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant-appellant's Notice of Appeal (Doc. No. 64), is **DEEMED TIMELY FILED**.

_____
TIMOTHY J. SAVAGE, J.